William CADWELL, Respondent Below, Appellant,

v.

DIVISION OF FAMILY SERVICES, Petitioner Below, Appellee.

No. 129, 2017

Supreme Court of Delaware.

Submitted: December 6, 2017

Decided: December 7, 2017

Court Below—Family Court of the State of Delaware, File No. 16–07–12TN, Petition No. 16–22496, File No. 16–04705, Petition No. 16–23925, 16–30469

AFFIRMED.

Laura WEST,[1] Respondent Below, Appellant,

v.

Mark CARLISE, Petitioner Below, Appellee.

No. 232, 2017

Supreme Court of Delaware.

Submitted: October 13, 2017

Decided: December 7, 2017

Court Below—Family Court of the State of Delaware, File No. CK15–01924, Petition No. 15–37497

AFFIRMED.